**\*FILING FEE PAID\***   (Yes)   No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __DeSimone,_____ JAD/TPA/CMB/(GLT)

Case Number: __20-20487__

Date of Meeting: __3/16/20__   Recording # _____

Debtor(s) present __·__ or Not Present __(__ No Payments Made or ___ partial payments)

Attorney for debtor(s) __Rieger_____ (Present____ or Not Present)

Date of Plan at § 341: __2/11/20__   Applicable commitment period ___ 3 yrs ✓ 5 yrs

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

✓ Confirmation Order recommended ___ Final ✓ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)\*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
   ✓ 341 Meeting   OR ✓ Conciliation Conf. OR ___ \*Contested Hearing
   On __6/25/20__ at __2:30__ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee