## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

            JAMIEE L. DESIMONE,

                  Debtor

Case 20-20487-GLT

Chapter 13

_____

JAMIEE L. DESIMONE,

                  Movant

        v.

Related doc: 27

RONDA J. WINNECOUR, Trustee,
Office of the U.S. Trustee, Santander Consumer USA,
Roundpoint Mortgage Servicing Corp., Navient,
JPMorgan Chase Bank, Citibank, Dell Financial,
FedLoan Servicing, Fortiva, Bank of Missouri,
Klarna Credit, Capital One Bank, Quantum III,
One Main Financial, Sunrise Credit, Synchrony Bank,
Jefferson Capital,

                  Respondents

### NOTICE OF HEARING WITH RESPONSE DEADLINE
### ON MOTION OF DEBTOR

TO THE RESPONDENT:

You are hereby notified that the above Movant seeks an Order affecting your rights and property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **MAY 18, 2020** , i.e., seventeen [17] days after the date of the service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at ***www.pawb.uscourts.gov***. If you fail to timely respond, the Motion may be granted by the Court by default without a Hearing.

You should take this to your lawyer at once.

**A TELEPHONIC Hearing will be held on <u>WEDNESDAY, JNE 3, 2020 at 9:00 AM.</u>, before Judge Gregory L. Taddonio.  Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.CourtCall.com or at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with Judge Taddonio's Modified Telephonic Procedures (effective March 13, 2020), which can be found at www.pawb.uscourts.gov/procedures-2. 2 .  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.**

**Respectfully submitted,**

MAY 1, 2020
Date of Service

  /s/Christian M. Rieger
Christian M. Rieger, Esq.-307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com