# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JAMIEE L. DESIMONE,

        Debtor

JAMIEE L. DESIMONE,

        Movant

v.

RONDA J. WINNECOUR, Trustee,
Office of the U.S. Trustee, Santander Consumer USA,
Roundpoint Mortgage Servicing Corp., Navient,
JPMorgan Chase Bank, Citibank, Dell Financial,
FedLoan Servicing, Fortiva, Bank of Missouri,
Klarna Credit, Capital One Bank, Quantum III,
One Main Financial, Sunrise Credit, Synchrony Bank,
Jefferson Capital,

        Respondents

Case 20-20487-GLT
Chapter 13

Related doc: 27-28
Hrg: 6/3/2020, 9AM
Responses: 5/18/2020

## CERTIFICATE OF NO OBJECTION TO MOTION TO APPROVE FINANCING

    I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Motion to Approve Financing, Exhibits, proposed Order, and scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **MAY 18, 2020**, the response/objection due date, that I have received no response except _____n/a_____ .

Method of Service: Mail XX ; Specify if other:

Respectfully submitted,

/s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: 5/19/2020