FILED
5/19/20 3:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMIEE L. DESIMONE,

Debtor

Case 20-20487-GLT
Chapter 13

---

JAMIEE L. DESIMONE,

Movant

v.

RONDA J. WINNECOUR, Trustee,
Office of the U.S. Trustee, Santander Consumer USA,
Roundpoint Mortgage Servicing Corp., Navient,
JPMorgan Chase Bank, Citibank, Dell Financial,
FedLoan Servicing, Fortiva, Bank of Missouri,
Klarna Credit, Capital One Bank, Quantum III,
One Main Financial, Sunrise Credit, Synchrony Bank,
Jefferson Capital,

Respondents

Related to Docket No. 27

## ORDER

AND NOW, this **19th Day of May**, 2020, upon consideration of Debtor's Motion to approve financing for refinance of a senior mortgage lien, it is hereby ORDERED that Debtor is permitted to obtain financing with Freedom Mortgage as more fully outlined in the Motion and Loan Estimate Sheet (Exhibit A).

A Report of Financing shall be filed with this Court within seven (7) days of completion of the transaction with Freedom Mortgage.

Debtor shall serve a copy of this Order on all interested parties immediately and file a Certificate of Service.

BY THE COURT:

_____, J.
The Hon. Gregory L. Taddonio,    drb
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 20-20487-GLT
Jamiee L DeSimone                                                           Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 1              Date Rcvd: May 19, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db          +Jamiee L DeSimone,   371 Greene Drive,   Clairton, PA 15025-6313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
      Christian M Rieger    on behalf of Debtor Jamiee L DeSimone criegerlaw@gmail.com
      James Warmbrodt    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
       bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                      TOTAL: 5