Case 20-20487-GLT    Doc 35    Filed 06/30/20    Entered 06/30/20 13:33:01    Desc Main
Document      Page 1 of 1

FILED
6/30/20 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JAMIEE L DESIMONE
- Case Number: 20-20487-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, JUNE 25, 2020 02:30 PM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#7 - Final Confirmation of Plan Dated 2/22/2020 (NFC)
R / M #: 7 / 0

**Appearances:**

Debtor: Rieger
Trustee: (Winnecour) / Pail / Katz / DeSimone
Creditor:

**Proceedings:**

Outcome: Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **7-31-20**
   Objections are due on or before **8-15-20**
   A hearing on the Amended Plan is set for **8-27-20 2:00 P.M.**
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/17/2020  11:15:26AM