IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Jamiee L DeSimone** | : | Bankruptcy No. **20-20487-GLT** |
| | : | |
| Debtor | : | |
| | : | Chapter **13** |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

_____ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
      Check one:
         _____ Creditor(s) added
         _____ NO Creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
      Check one:
         _____ Creditor(s) added
         _____ NO Creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
      Check one:
         _____ Creditor(s) added
         _____ NO Creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
      Check one:
         _____ Creditor(s) added
         _____ NO Creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule H - Codebtors
**X** Schedule I - Current Income of Individual Debtor(s) - new Debtor employment; reduction of D2 income
**X** Schedule J - Current Expenditures of Individual Debtor(s) - change in PDI
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:  **U.S. Regular mail, postage prepaid**

Date   12/23/2020

/s/ **Christian M. Rieger**
Attorney for Debtor(s) [or *pro se* Debtor(s)]

**Christian M. Rieger**
(Typed Name)

**2403 Sidney Street**
**Suite 214**
**Pittsburgh, PA 15203**
(Address)

**412-381-8809**
(Phone No.)

**307037 PA**
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

```
Label Matrix for local noticing          Duquesne Light Company                    PRA Receivables Management, LLC
0315-2                                   c/o Bernstein-Burkley, P.C.               PO Box 41021
Case 20-20487-GLT                        707 Grant Street, Suite 2200, Gulf Tower  Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-1945
Pittsburgh
Thu Apr 30 12:35:52 EDT 2020

Pennsylvania Dept. of Revenue            2                                         Capital One Bank (USA), N.A.
Department 280946                        U.S. Bankruptcy Court                     by American InfoSource as agent
P.O. Box 280946                          5414 U.S. Steel Tower                     PO Box 71083
ATTN: BANKRUPTCY DIVISION                600 Grant Street                          Charlotte, NC  28272-1083
Harrisburg, PA 17128-0946                Pittsburgh, PA 15219-2703

Capital One, N.A.                        (p)JPMORGAN CHASE BANK  N A               Chrysler Capital
c/o Becket and Lee LLP                   BANKRUPTCY MAIL INTAKE TEAM               P.O. Box 660647
PO Box 3001                              700 KANSAS LANE FLOOR 01                  Dallas, TX 75266-0647
Malvern PA 19355-0701                    MONROE LA 71203-4774


Citibank, N.A.                           Citibank/Best Buy                         Citibank/The Home Depot
5800 S Corporate Pl                      Citicorp Credit Srvs/Centralized Bk dept  Citicorp Credit Srvs/Centralized Bk dept
Sioux Falls, SD  57108-5027              Po Box 790034                             Po Box 790034
                                         St Louis, MO 63179-0034                   St Louis, MO 63179-0034


(p)DELL FINANCIAL SERVICES               FedLoan Servicing                         Fortiva
P O BOX 81577                            Attn: Bankruptcy                          Attn: Bankruptcy
AUSTIN TX 78708-1577                     Po Box 69184                              Po Box 105555
                                         Harrisburg, PA 17106-9184                 Atlanta, GA 30348-5555


JPMorgan Chase Bank, N.A.                (p)JEFFERSON CAPITAL SYSTEMS LLC          Klarna Inc.
s/b/m/t Chase Bank USA, N.A.             PO BOX 7999                               P.O. Box 206487
c/o Robertson, Anschutz & Schneid, P.L.  SAINT CLOUD MN 56302-7999                 Dallas, TX 75320-6487
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kohls/Capital One                        Mercury/FBT                               NAVIENT CFC
Attn: Credit Administrator               Attn: Bankruptcy                          c/o Navient Solutions, LLC.
Po Box 3043                              Po Box 84064                              PO BOX 9640
Milwaukee, WI 53201-3043                 Columbus, GA 31908-4064                   Wilkes-Barre, PA 18773-9640


NAVIENT PC TRUST                         Navient                                   Office of the United States Trustee
c/o Navient Solutions, LLC.              Attn: Bankruptcy                          Liberty Center.
PO BOX 9640                              Po Box 9640                               1001 Liberty Avenue, Suite 970
Wilkes-Barre, PA 18773-9640              Wiles-Barr, PA 18773-9640                 Pittsburgh, PA 15222-3721


OneMain Financial                        Quantum3 Group LLC as agent for           RoundPoint Mortgage Servicing Corporatio
Attn: Bankruptcy                         CreditShop LLC                            Attn: Bankruptcy
Po Box 3251                              PO Box 788                                Po Box 19409
Evansville, IN 47731-3251                Kirkland, WA  98083-0788                  Charlotte, NC 28219-9409


RoundPoint Mortgage Servicing Corporation Santander Consumer USA Inc. d/b/a/ Chrysler Sunrise Credit Services
446 Wrenplace Road                       P.O. BOX 961275                           P.O. Box 9100
Fort Mill, SC 29715-0200                 FORT WORTH, TX 76161-0275                 Farmingdale, NY 11735-9100
```

```
Syncb/PPC                              Synchrony Bank                         Synchrony Bank
Attn: Bankruptcy                       Attn:  Bankruptcy Dept                 c/o PRA Receivables Management, LLC
Po Box 965060                          Po Box 965060                          PO Box 41021
Orlando, FL 32896-5060                 Orlando, FL 32896-5060                 Norfolk VA 23541-1021


Synchrony Bank                         Synchrony Bank/Amazon                  The Bank of Missouri
c/o of PRA Receivables Management, LLC Attn:  Bankruptcy                      PO Box 105555
PO Box 41021                           Po Box 965060                          Atlanta, GA 30348-5555
Norfolk, VA 23541-1021                 Orlando, FL 32896-5060


VL FUNDING                             Christian M Rieger                     Jamiee L DeSimone
c/o Navient Solutions, LLC.            Law Office of Christian M. Rieger      371 Greene Drive
PO BOX 9640                            2403 Sidney Street                     Clairton, PA 15025-6313
Wilkes-Barre, PA 18773-9640            Suite 214
                                       Pittsburgh, PA 15203-2168


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card Services                    Dell Financial Services LLC            (d)Dell Financial Services, LLC
Attn: Bankruptcy                       Attn: President/CEO                    Resurgent Capital Services
Po Box 15298                           Po Box 81577                           PO Box 10390
Wilmington, DE 19850                   Austin, TX 78708                       Greenville, SC 29603-0390


Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)RoundPoint Mortgage Servicing Corporation    (u)Syncb/walmart              End of Label Matrix
                                                                              Mailable recipients    39
                                                                              Bypassed recipients     2
                                                                              Total                  41
```

Fill in this information to identify your case:

Debtor 1: **Jamiee L DeSimone**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (If known): **20-20487**

Check if this is:
- [✓] An amended filing
- [✓] A supplement showing postpetition chapter 13 income as of the following date: **12/1/2020** MM / DD/ YYYY

Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | [✓] Employed  [ ] Not employed | [✓] Employed  [ ] Not employed |
   | Occupation | Medical Assistant | Police Offier |
   | Employer's name | Davita | County of Allegheny |
   | Employer's address | 32275 32nd Avenue South Federal Way, WA 98001 | 414 Grant Street Pittsburgh, PA 15219 |
   | How long employed there? | 1 month | 18 years |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 3,542.93 | $ 8,438.80 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 3,542.93 | $ 8,438.80 |

Debtor 1  **Jamiee L DeSimone**                                    Case number (*if known*)  **20-20487**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---:|---:|
|  | **Copy line 4 here** | 4. | $ 3,542.93 | $ 8,438.80 |
| 5. | **List all payroll deductions:** |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 421.68 | $ 1,128.05 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ 983.71 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. $ | 0.00 | $ 1,199.86 |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ | 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: Parking | 5h.+ $ | 6.50 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 428.18 | $ 3,311.62 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ | 3,114.75 | $ 5,127.18 |
| 8. | **List all other income regularly received:** |  |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. $ | 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. $ | 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. $ | 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ | 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. $ | 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ $ | 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 3,114.75 + $ 5,127.18 | = $ 8,241.93 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. +$ |  | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. $ |  | 8,241.93 **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**
    - ✓ No.
    - ☐ Yes. Explain:

Official Form 106I                                   **Schedule I: Your Income**                                   page 2

Fill in this information to identify your case:

Debtor 1: **Jamiee L DeSimone**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (If known): **20-20487**

Check if this is:
- [✓] An amended filing
- [✓] A supplement showing postpetition chapter 13 expenses as of the following date: **12/1/2020** MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - [✓] No. Go to line 2.
   - [ ] Yes. **Does Debtor 2 live in a separate household?**
     - [ ] No
     - [ ] Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**
   - [ ] No
   - [✓] Yes. Fill out this information for each dependent.....
   
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 10 | [ ] No  [✓] Yes |
   | Daughter | 13 | [ ] No  [✓] Yes |
   |  |  | [ ] No  [ ] Yes |
   |  |  | [ ] No  [ ] Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - [✓] No
   - [ ] Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ **2,704.84**

   **If not included in line 4:**
   
   4a. Real estate taxes   4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance   4b. $ **67.00**
   4c. Home maintenance, repair, and upkeep expenses   4c. $ **100.00**
   4d. Homeowner's association or condominium dues   4d. $ **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ **0.00**

Debtor 1   **Jamiee L DeSimone**                                             Case number (if known)   **20-20487**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | | **66.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | | **63.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | | **597.00** |
| | 6d. Other. Specify: | 6d. $ | | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | | **950.00** |
| 8. | **Childcare and children's education costs** | 8. $ | | **200.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | | **240.00** |
| 10. | **Personal care products and services** | 10. $ | | **90.00** |
| 11. | **Medical and dental expenses** | 11. $ | | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | | **275.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | | **150.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. $ | | **12.00** |
| | 15b. Health insurance | 15b. $ | | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | | **166.00** |
| | 15d. Other insurance. Specify: | 15d. $ | | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | | **0.00** |
| | 17c. Other. Specify: **Husband's Vehicle Loan** | 17c. $ | | **595.00** |
| | 17d. Other. Specify: **Husband's One Main account** | 17d. $ | | **464.00** |
| | **Navient Loan** | $ | | **376.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. Mortgages on other property | 20a. $ | | **0.00** |
| | 20b. Real estate taxes | 20b. $ | | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | | **0.00** |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **7,115.84** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **7,115.84** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | | **8,241.93** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | | **7,115.84** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | | **1,126.09** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ✓ No.
    ☐ Yes.        Explain here: