21-0015

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jamiee L. DeSimone<br><br>　　　　　　　　　　Debtor(s)<br><br>Justin F. DeSimone, CoDebtor | Chapter 13 Proceeding<br><br>Case No.  20-20487 GLT |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

　　　Kindly enter my appearance on behalf of Freedom Mortgage Corporation in the above captioned matter.


　　　　　　　　　　　　　　　　　　　　POWERS KIRN, LLC

　　　　　　　　　　　　　　　　　　　　By:  **/s/  Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　　　　　　Dated: January 14, 2021