21-0015

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Jamiee L. DeSimone<br><br>Debtor(s)<br><br>Freedom Mortgage Corporation<br>Movant<br><br>v.<br>Jamiee L. DeSimone<br>and<br>Ronda J. Winnecour, Esquire<br><br>Respondents | 20-20487 GLT<br><br>Chapter 13 Proceeding |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **2/08/2021**, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, Movant may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A video conference hearing will be held on **March 10, 2021, at 9:00 a.m.** before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form viathe link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judgetaddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

Date of Service:  January 21, 2021

POWERS KIRN, LLC


 /s/ Jill Manuel-Coughlin
By:  Jill Manuel-Coughlin
Attorney ID #     63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: : Jill.Manuel-Coughlin@powerskirn.com
Attorney for Movant