Case 20-20487-GLT   Doc 70   Filed 02/26/21   Entered 02/26/21 14:16:38   Desc Main
Document   Page 1 of 1

FILED
2/26/21 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JAMIEE L DESIMONE
- Case Number: 20-20487-GLT   Chapter: 13
- Date / Time / Room: THURSDAY, FEBRUARY 25, 2021 10:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#54 - Amended Plan Dated 12/23/2020 (FC)
#67 - Objection filed by Freedom Mortgage
R / M #: 54 / 0

**Appearances:**   Rieger

- Debtor:
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor:

**Proceedings:**   McCaffery: Freedom Mortgage

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6-17-21 at 11:01.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

Continue to resolve objection of Freedom Mortgage

2/17/2021  10:55:51 AM