## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jamiee L. DeSimone<br><br>                           Debtor(s)<br>Freedom Mortgage Corporation<br>                           Movant<br>v.<br>Jamiee L. DeSimone<br><br>                           Respondent(s) | Chapter 13 Proceeding<br><br>Case #: 20-20487-GLT<br><br><br><br>Related to Docket No. 71 |

## ORDER

AND NOW, this 13th Day of May, 2021, upon consideration of the Motion to Approve the Forbearance Agreement filed by Freedom Mortgage Corporation it is hereby **ORDERED AND DECREED** that the Motion is GRANTED and the parties may proceed with Forbearance Agreement with regard to Debtor's loan #xxxxxx7644, including the recording of the Agreement with the County Clerk's office, if necessary; and it is further

**ORDERED** that Freedom shall be permitted to communicate with the Debtor, Co-Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law, including the CARES ACT; and it is further

**ORDERED** that the Forbearance Agreement is approved and the post-petition mortgage payments shall be suspended from distribution for the months April 1, 2020 through and including June 30, 2021; and it is further

**ORDERED** that, prior to June 30, 2021 the Debtor shall notify this Court how she intends to cure the post-petition payments that have been suspended by either making a lump sum payment to bring this account current, filing a motion to amend her chapter 13 plan and/ or filing a motion to enter into the Loss Mitigation Program.

BY THE COURT:

_____
United States Bankruptcy Judge
Gregory L. Taddonio

**ENTERED BY DEFAULT**

Interested Parties:
Sarah K. McCaffery, Esquire
Attorney for Movant

Christian M. Rieger, Esquire
Attorneys for Debtor(s)

Ronda J. Winnecour, Esquire
Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20487-GLT |
| Jamiee L DeSimone | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: May 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jamiee L DeSimone, 371 Greene Drive, Clairton, PA 15025-6313 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| Christian M Rieger | on behalf of Debtor Jamiee L DeSimone criegerlaw@gmail.com |
| Jill Manuel-Coughlin | on behalf of Creditor Freedom Mortgage Corporate bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: mgut | Page 2 of 2
Date Rcvd: May 13, 2021 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sarah Kathleen McCaffery
    on behalf of Creditor Freedom Mortgage Corporate bankruptcy@powerskirn.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9