FILED
6/22/21 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** JAMIEE L DESIMONE
- **Case Number:** 20-20487-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 17, 2021 11:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#54 - Continued Confirmation of Plan Dated 12/23/2020 (FC)
R/M #: 54 / 0

**Appearances:**

- Debtor: Rieger
- Trustee: Winnecour / Pail / **Katz** / DeSimone
- Creditor: Jill Manuel - Coughlin for Freedom mortgage

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **6/30/21**.
   Objections are due on or before **7/21/21**.
   A hearing on the Amended Plan is set for **7/29/21** at **1:00 pm**.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Debtor is to obtained an exact amt needed to pay post-petition arrears (as result of forbearance or underpayments) to mortgage and to file of record something to indicated how it will be paid.

6/7/2021    3:31:38PM