FILED
6/28/21 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:

JAMIEE L. DESIMONE,

    Debtor

JAMIEE L. DESIMONE,

    Movant

vs.

**DVA Renal Healthcare, Inc. and**
and Ronda J. Winnecour, Trustee,

    Respondents

Case No: 20-20487-GLT

Doc #_____

Chapter 13

Related to Docket No. 83

SSN xxx-xx-8493

## AMENDED ORDER TO PAY TRUSTEE
## PURSUANT TO WAGE ATTACHMENT

The above-named Debtor, JAMIEE L. DESIMONE, having filed a Chapter 13 Petition and Debtor having moved to attach wages to fund the Chapter 13 Plan,

IT IS, THEREFORE, ORDERED that until further Order of this Court, the entity from which the Movant receives income:

    DVA RENAL HEALTHCARE INC.
    32275 32ND AVENUE SOUTH
    FEDERAL WAY, WA 98001
    ATTN: PAYROLL

shall deduct from said income the sum of **$ 1,198.00 BI-WEEKLY** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Movant receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Movant and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

    RONDA J. WINNECOUR
    CHAPTER 13 TRUSTEE, W.D. PA
    POB 84051
    CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Movant's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Movant, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Movant in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF MOVANT WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

**IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above-named entity in this case.**

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Movant, for the administration of this attachment Order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtor(s) and this estate.

DATED this  28th Day of June                              , 2021.

BY THE COURT:

_____, J.
The Hon. Gregory L. Taddonio
United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee