**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JAMIEE L. DESIMONE,

        Debtor

———————————————————

FREEDOM MORTGAGE CORPORATION,

        Movant

  v.

JAMIEE L. DESIMONE and
Ronda J. Winnecour, Esq., Trustee,

        Respondents

Case #: 20-20487-GLT

Chapter 13

Related Claim: 14-1

## DECLARATION THAT PAYMENT IS SUFFICIENT

The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan, as the **regular principal and interest payment on the subject loan is being paid outside the Plan by the non-filing spouse**, with the modified debt as entered on the Claims Register by the Movant. The new monthly mortgage payment is **$2,770.79**, effective **December 1, 2021**.

Respectfully submitted,

  /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: November 17, 2021