# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

      JAMIEE L. DESIMONE,

           Debtor

_____

FREEDOM MORTGAGE CORPORATION,

        Movant
   v.

JAMIEE L. DESIMONE and
Ronda J. Winnecour, Esq., Trustee,

      Respondents

Case #: 20-20487-GLT

Chapter 13

Related Claim: 14-1
Related doc: 96

## CERTIFICATE OF SERVICE
## OF DECLARATION RE: NOTICE OF PAYMENT CHANGE

      I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 17th day of November 2021, I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #14-1), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

Ronda J. Winnecour, Esq.
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Jill Manuel-Coughlin, Esq.
Powers, Kirn LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053

Respectfully submitted,

   /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: November 17, 2021