IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

1In Re:                                                                 :         Bankruptcy No. 20-20487-GLT
    JAMIEE L. DESIMONE,
    :
              Debtor                     :
                                                                  Chapter 13
_____
JAMIE L. DESIMONE,
    :
              Movant
                                                      :
        v.                                                  :                                   :
                                                      :
No Respondent :

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_     Voluntary Petition - *Specify reason for amendment*:
          Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_     Summary of Schedules
\_\_\_\_\_     Schedule A - Real Property
_____     Schedule B - Personal Property –
_____     Schedule C - Property Claimed as Exempt
_____     Schedule D - Creditors holding Secured Claims –secured amounts adjusted only
          Check one:
              \_\_\_\_\_ Creditor(s) added
              \_\_\_\_\_ NO creditor(s) added
              \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_     Schedule E - Creditors Holding Unsecured Priority Claims
          Check one:
              \_\_\_\_\_ Creditor(s) added
              \_\_\_\_\_ NO creditor(s) added
              \_\_\_\_\_ Creditor(s) deleted
_____     Schedule F - Creditors Holding Unsecured Nonpriority Claims
          Check one:
              _____ Creditor(s) added
              \_\_\_\_\_ NO creditor(s) added
              \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_     Schedule G - Executory Contracts and Unexpired Leases
          Check one:
              \_\_\_\_\_ Creditor(s) added
              \_\_\_\_\_ NO creditor(s) added
              \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_     Schedule H - Codebtors
\_\_X\_\_\_     Schedule I - Current Income of Individual Debtor(s) – non-filing spouse no longer in house
\_\_X\_\_\_     Schedule J - Current Expenditures of Individual Debtor(s)
_____     Statement of Financial Affairs
\_\_\_\_\_     Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_     Chapter 11 List of Equity Security Holders
\_\_\_\_\_     Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_     Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_     Other: _____

PAWB Local Form 6  (07/13)                                                                                                              Page 1 of

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows: all parties on the creditor matrix, which is hereto attached.

Date: _5/2/2022_____                           __/s/ Christian M. Rieger___
                                               Christian M. Rieger, Esquire
                                               PA: 307037
                                               2403 Sidney Street
                                               Suite 214
                                               Pittsburgh, PA 15203
                                               (412) 381-8809
                                               (412) 381-4594 (fax)
                                               criegerlaw@gmail.com

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 20-20487-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Apr 30 12:35:52 EDT 2020 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chrysler Capital<br>P.O. Box 660647<br>Dallas, TX 75266-0647 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | FedLoan Servicing<br>Attn: Bankruptcy<br>Po Box 69184<br>Harrisburg, PA 17106-9184 | Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Klarna Inc.<br>P.O. Box 206487<br>Dallas, TX 75320-6487 |
| Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Mercury/FBT<br>Attn: Bankruptcy<br>Po Box 84064<br>Columbus, GA 31908-4064 | NAVIENT CFC<br>c/o Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 |
| NAVIENT PC TRUST<br>c/o Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wiles-Barr, PA 18773-9640 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | Quantum3 Group LLC as agent for<br>CreditShop LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RoundPoint Mortgage Servicing Corporatio<br>Attn: Bankruptcy<br>Po Box 19409<br>Charlotte, NC 28219-9409 |
| RoundPoint Mortgage Servicing Corporation<br>446 Wrenplace Road<br>Fort Mill, SC 29715-0200 | Santander Consumer USA Inc. d/b/a/ Chrysler<br>P.O. BOX 961275<br>FORT WORTH, TX 76161-0275 | Sunrise Credit Services<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 |

| | | |
|---|---|---|
| Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Amazon<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348-5555 |
| VL FUNDING<br>c/o Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Christian M Rieger<br>Law Office of Christian M. Rieger<br>2403 Sidney Street<br>Suite 214<br>Pittsburgh, PA 15203-2168 | Jamiee L DeSimone<br>371 Greene Drive<br>Clairton, PA 15025-6313 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Dell Financial Services LLC<br>Attn: President/CEO<br>Po Box 81577<br>Austin, TX 78708 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)RoundPoint Mortgage Servicing Corporation | (u)Syncb/walmart | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     2<br>Total                  41 |

**Fill in this information to identify your case:**

Debtor 1: Jamiee L DeSimone

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (If known): 20-20487

Check if this is:
- [✓] An amended filing
- [✓] A supplement showing postpetition chapter 13 income as of the following date: 5/2/2022 (MM/DD/YYYY)

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | [✓] Employed [ ] Not employed | [ ] Employed [ ] Not employed |
| Occupation | Medical Assistant | |
| Employer's name | Davita | |
| Employer's address | 32275 32nd Avenue South Federal Way, WA 98001 | |
| How long employed there? | 2 years | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 6,224.25 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 6,224.25 | $ N/A |

Debtor 1  **Jamiee L DeSimone**  Case number (*if known*) **20-20487**

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 6,224.25 | $ N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 1,075.21 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ N/A |
| 5e. | Insurance | 5e. $ | 10.83 | $ N/A |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ N/A |
| 5g. | Union dues | 5g. $ | 0.00 | $ N/A |
| 5h. | Other deductions. Specify: Parking | 5h.+ $ | 6.50 | + $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. $ **1,092.54**   $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. $ **5,131.71**   $ **N/A**

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a. $ **0.00**   $ **N/A**

   8b. **Interest and dividends**    8b. $ **0.00**   $ **N/A**

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c. $ **0.00**   $ **N/A**

   8d. **Unemployment compensation**    8d. $ **0.00**   $ **N/A**

   8e. **Social Security**    8e. $ **0.00**   $ **N/A**

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify:    8f. $ **0.00**   $ **N/A**

   8g. **Pension or retirement income**    8g. $ **0.00**   $ **N/A**

   8h. **Other monthly income.** Specify:    8h.+ $ **0.00**   + $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9. $ **0.00**   $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10. $ **5,131.71** + $ **N/A** = $ **5,131.71**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:    11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $ **5,131.71**
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑ No.
    ☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1: Jamiee L DeSimone

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (If known): 20-20487

Check if this is:
- ☑ An amended filing
- ☑ A supplement showing postpetition chapter 13 expenses as of the following date: 5/2/2022 MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☑ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☑ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No
   Do not list Debtor 1 and Debtor 2.   ☑ Yes. Fill out this information for each dependent............
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 10 | ☐ No ☑ Yes |
| Daughter | 13 | ☐ No ☑ Yes |
|  |  | ☐ No ☐ Yes |
|  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.  
   4. $ 1,705.00

   **If not included in line 4:**
   - 4a. Real estate taxes — 4a. $ 0.00
   - 4b. Property, homeowner's, or renter's insurance — 4b. $ 67.00
   - 4c. Home maintenance, repair, and upkeep expenses — 4c. $ 0.00
   - 4d. Homeowner's association or condominium dues — 4d. $ 25.00

5. **Additional mortgage payments for your residence,** such as home equity loans — 5. $ 0.00

Debtor 1   **Jamiee L DeSimone**    Case number (if known)   **20-20487**

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **152.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **116.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **399.00**
   - 6d. Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **500.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **80.00**
10. **Personal care products and services** — 10. $ **50.00**
11. **Medical and dental expenses** — 11. $ **0.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **250.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **12.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **166.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ **0.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: — 17c. $ **0.00**
    - 17d. Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ **3,522.00**
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ **3,522.00**

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **5,131.71**
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ **3,522.00**
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* — 23c. $ **1,609.71**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ✓ No.
    ☐ Yes.    Explain here: Note- non-filing spouse is no longer in house and does not contribute to household expenses except partial mortgage payment.

Official Form 106J    **Schedule J: Your Expenses**    page 2