FILED
6/1/23 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-20487-GLT |
| | : | Chapter: | 13 |
| Jamiee L DeSimone | : | | |
| | : | | |
| | : | Date: | 5/31/2023 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:** #123 - Motion to Approve Financing to Exercise Purchase Option under Lease Agreement
#126 - Trustee's Response to Motion
#127 - COC Re: Stipulation Resolving Motion to Approve Financing

**APPEARANCES:**
Debtor:   Christian M Rieger
Trustee:   Owen Katz

**NOTES:**   [11:22]

Court: Question regarding the alleged value of the vehicle.

Rieger: Vehicle being purchased from a dealer. Arms-length transaction. $3,500 down payment towards $24,000 purchase price.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion to Approve Post-Petition Financing for Purchase Option Under Lease Agreement Held by Chrysler Capital* [Dkt No. 123] is DENIED as stated. The *Stipulation of Debtor and Chapter 13 Trustee and Order Resolving Motion to Approve Lease Buyout and Post-Petition Financing* [Dkt. No. 127] is APPROVED. [DB to enter stipulation at dkt. no. 127].

**DATED:** 5/31/2023