IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>JAMIEE L. DESIMONE, )<br>**Debtor** )<br> )<br>SANTANDER CONSUMER USA INC. )<br>dba CHRYSLER CAPITAL AS SERVICER FOR )<br>CCAP AUTO LEASE LTD., )<br>**Movant** )<br> )<br>v. )<br> )<br>JAMIEE L. DESIMONE )<br>  JUSTIN DESIMONE, )<br>**Respondent(s)** )<br> )<br>RONDA J. WINNECOUR, )<br>**Trustee** ) | Bankruptcy No. 20-20487-GLT<br><br>Chapter 13<br><br>Related To Document No. 144<br><br>**Response Deadline:  7/6/23**<br><br>**Hearing Date:  8/9/23 at 10:30 AM** |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on July 17, 2023, I served by United States mail, first class, postage prepaid, the Default Order on Motion For Relief From Stay And Co-Debtor Stay filed in this proceeding on:

| | | |
|---|---|---|
| Jamiee L DeSimone<br>371 Greene Drive<br>Clairton, PA 15025<br>(Debtor) | Justin DeSimone<br>371 Greene Drive<br>Clairton, PA 15025<br>(Co-Debtor) | Christian M. Rieger, Esq.<br>Law Office of Christian M. Rieger<br>2403 Sidney Street<br>Suite 214<br>Pittsburgh, PA 15203<br>(Attorney For Debtor) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com