**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-20487** |
| **Jamiee L DeSimone** | : | **Chapter 13** |
| | : | **Judge Gregory L Taddonio** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V** | : | **Related Document #** |
| | : | |
| | : | |
| | : | |
| **Movant,** | | |

No Respondent(s).

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                                  Respectfully submitted,

                                                                   /s/ Alyk L. Oflazian
                                                                   Alyk L. Oflazian, Esquire (312912)
                                                                   Adam B. Hall (323867)
                                                                   Stephen R. Franks (0075345)
                                                                   Manley Deas Kochalski LLC
                                                                   P.O. Box 165028
                                                                   Columbus, OH  43216-5028
                                                                   Telephone: 614-220-5611
                                                                   Fax: 614-627-8181
                                                                   Attorneys for Creditor
                                                                   The case attorney for this file is Alyk L. Oflazian.
                                                                   Contact email is ALOflazian@manleydeas.com

23-024893_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 20-20487** |
| **Jamiee L DeSimone** | : **Chapter 13** |
| | : **Judge Gregory L Taddonio** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V** | : **Related Document #** |
| | : |
| **Movant,** | |

No Respondent(s).

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 25, 2023.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Christian M Rieger, Attorney for Jamiee L DeSimone, criegerlaw@gmail.com

Service by First-Class Mail:
Jamiee L DeSimone and Justin F Desimone, 371 Greene Drive, Clairton, PA  15025

Jamiee L DeSimone and Justin F Desimone, 371 Greene Drive, Jefferson Hills, PA 15025


EXECUTED ON: September 25, 2023

By: /s/ Alyk L. Oflazian
Signature
Alyk L. Oflazian, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611

23-024893_PS

Phone No.
<u>312912</u>
List Bar I.D. and State of Admission

23-024893_PS