**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/11/2024

IN RE:

| | |
|---|---|
| JAMIEE L DESIMONE<br>371 GREENE DRIVE<br>CLAIRTON, PA 15025<br>XXX-XX-8493          Debtor(s) | Case No. 20-20487 GLT<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/11/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYPAL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2658 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ROUNDPOINT MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK NA - TRUSTEE RMTP TRUST ET AL**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX  75261 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 14-2<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*CL=$297,452.07*FR ROUNDPOINT-D48*FR FREEDOM MRTG-D115*FR | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9483 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 6,887.39<br>COMMENT: CHASE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2919 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 3,780.97<br>COMMENT: BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0975 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 2,161.79<br>COMMENT: THE HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0799 |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br>GREENVILLE, SC  29603-0390 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,860.21<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8160 |
| **FED LOAN SERVICING++**<br>PO BOX 790234<br>ST LOUIS, MO  63179-0234 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT/PL*DK | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 0018 |
| **FED LOAN SERVICING++**<br>PO BOX 790234<br>ST LOUIS, MO  63179-0234 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT/PL*DK | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 0019 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FED LOAN SERVICING++** PO BOX 790234 ST LOUIS, MO 63179-0234 | Trustee Claim Number:11 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT/PL*DK | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0020 |
| **FED LOAN SERVICING++** PO BOX 790234 ST LOUIS, MO 63179-0234 | Trustee Claim Number:12 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT/PL*DK | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0016 |
| **FED LOAN SERVICING++** PO BOX 790234 ST LOUIS, MO 63179-0234 | Trustee Claim Number:13 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT/PL*DK | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0006 |
| **FED LOAN SERVICING++** PO BOX 790234 ST LOUIS, MO 63179-0234 | Trustee Claim Number:14 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT/PL*DK | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0017 |
| **FED LOAN SERVICING++** PO BOX 790234 ST LOUIS, MO 63179-0234 | Trustee Claim Number:15 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT/PL*DK | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0021 |
| **FED LOAN SERVICING++** PO BOX 790234 ST LOUIS, MO 63179-0234 | Trustee Claim Number:16 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT/PL*DK | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0002 |
| **FED LOAN SERVICING++** PO BOX 790234 ST LOUIS, MO 63179-0234 | Trustee Claim Number:17 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT/PL*DK | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0004 |
| **FED LOAN SERVICING++** PO BOX 790234 ST LOUIS, MO 63179-0234 | Trustee Claim Number:18 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT/PL*DK | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0001 |
| **FED LOAN SERVICING++** PO BOX 790234 ST LOUIS, MO 63179-0234 | Trustee Claim Number:19 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT/PL*DK | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0008 |
| **FED LOAN SERVICING++** PO BOX 790234 ST LOUIS, MO 63179-0234 | Trustee Claim Number:20 INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT/PL*DK | CRED DESC: UNSECURED (S) ACCOUNT NO.: 0010 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **FED LOAN SERVICING++**<br>PO BOX 790234<br><br>ST LOUIS, MO  63179-0234 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT/PL*DK | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0014 |
| **FED LOAN SERVICING++**<br>PO BOX 790234<br><br>ST LOUIS, MO  63179-0234 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT/PL*DK | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0012 |
| **FED LOAN SERVICING++**<br>PO BOX 790234<br><br>ST LOUIS, MO  63179-0234 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT/PL*DK | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0007 |
| **FED LOAN SERVICING++**<br>PO BOX 790234<br><br>ST LOUIS, MO  63179-0234 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT/PL*DK | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0009 |
| **FED LOAN SERVICING++**<br>PO BOX 790234<br><br>ST LOUIS, MO  63179-0234 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT/PL*DK | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0013 |
| **FED LOAN SERVICING++**<br>PO BOX 790234<br><br>ST LOUIS, MO  63179-0234 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT/PL*DK | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0011 |
| **FORTIVA**<br>PO BOX 105555<br><br>ATLANTA, GA  30348-5555 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1706 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT I**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  2,709.85<br>COMMENT:  FR TBOM-DOC 78*LAST TRANSACTION 1/6/2020 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8146 |
| **KLARNA CREDIT**<br>PO BOX 206487<br><br>DALLAS, TX  75320-6487 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0112 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  3,353.09<br>COMMENT:  KOHLS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2231 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT CREDITSHOP**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 3,922.51<br>COMMENT: MERCURY MC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3737 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 0.00<br>COMMENT: X3667/SCH*NT/PL*12055.82/CL*DEFERRED*DK | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 8493 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 0.00<br>COMMENT: NT/PL*X3683/SCH*$7,476.74=CL*DEFERRED*DKT | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 8493 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 0.00<br>COMMENT: X3691/SCH*NT/PL*6640.27/CL*DEFERRRED*DK | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 8493 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: X3642/SCH*NT/PL*5972.83/CL*DEFERRED*DK | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 8493 |
| **VL FUNDING**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 0.00<br>COMMENT: X3675/SCH*NT/PL*5592.52/CL*DEFERRED*DK | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 8493 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 0.00<br>COMMENT: X3709/SCH*NT/PL*5287.58/CL*DEFERRED*DKT | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 8493 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 0.00<br>COMMENT: X3659/SCH*NT/PL*5011.85/CL*DEFERRED*DK | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 8493 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 4120 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M**<br>C/O ONE MAIN (*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 13,637.21<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0566 |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **SUNRISE CREDIT SVCS INC**<br>260 AIRPORT PLAZA<br>POB 9100<br>FARMINGDALE, NY  11735-9100 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1986 | CLAIM: 0.00<br>COMMENT: |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2658 | CLAIM: 3,153.63<br>COMMENT: PAYPAL/GEMB/GECRB*FR SYNCHRONY BANK-DOC 119 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3916 | CLAIM: 4,774.49<br>COMMENT: SYNCHRONY/WALMART |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4404 | CLAIM: 1,157.00<br>COMMENT: REF 3540696688*SYNCHRONY*VALUE CITY FURNITURE |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8303 | CLAIM: 79.36<br>COMMENT: AMAZON*GEMB*GECRB |
| **SANTANDER CONSUMER USA INC DBA CHRYSL**<br>PO BOX 961278<br>FT WORTH, TX  76161 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:19 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5131 | CLAIM: 25,853.28<br>COMMENT: RS/DOE*25853.28/CL-PL@PMT/CL-PL*NO REM MO BRKDWN/PL*NO$/SCH*DKT |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ  08057 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: SANTANDER~CHRYSLER/PRAE |
| **POWERS KIRN LLC**<br>8 NESHAMINY INTERPLEX STE 215<br>TREVOSE, PA  19053 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE |
| **US BANK NA - TRUSTEE RMTP TRUST ET AL**<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX  75261 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:14-2 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9483 | CLAIM: 50,510.58<br>COMMENT: 51k/PL PRE AND POSTPET ARRS*FR ROUNDPOINT-D48*FR FREEDOM MRTG-D115 |
| **FRIEDMAN VARTOLO LLP**<br>1325 FRANKLIN AVE STE 160<br>GARDEN CITY, NY  11530 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: RUSHMORE~US BANK/PRAE |

| CLAIM RECORDS | | |
|---|---|---|
| **WILLIAM E CRAIG ESQ** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| MORTON AND CRAIG | Court Claim Number: | ACCOUNT NO.: |
| 110 MARTER AVE STE 301 | CLAIM:  0.00 | |
| MOORESTOWN, NJ  08057 | COMMENT:  SANTANDER CONSUMER/PRAE | |
| **CREDIT ACCEPTANCE CORP*** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN: BANKRUPTCY DEPT* | Court Claim Number: | ACCOUNT NO.:  6344 |
| 25505 W 12 MILE RD STE 3000* | CLAIM:  0.00 | |
| SOUTHFIELD, MI  48034-8339 | COMMENT:  PMT/PL*BGN 7/23*486.94 X (20REM MO+2)=LMT*DKT | |