**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| JAMIEE L. DESIMONE,<br><br>Debtor | Case 20-20487-GLT<br>Chapter 13 |
| RUSHMORE SERVICING, as Servicer,<br>For US Bank NA, not in its individual<br>Capacity but solely as Trustee for RMTP Trust<br>Series 2021, Cottage-TT-V,<br><br>Movant<br>v.<br><br>JAMIEE L. DESIMONE<br>Justin F. Desimone (non filing Co-Debtor)<br>And Ronda J. Winnecour,<br>Chapter 13 Trustee,<br><br>Respondents | Related Doc: 158<br>Hrg: 7/17/2024, 1:30PM |

### RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW comes Jamiee L. Desimome, Chapter 13 Debtor, by and through her counsel, Christian M. Rieger, Esquire, and files the following reply to Movant's request for Adequate Protection and/or relief under Section 362 of the Bankruptcy Code, and responds as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7.   The figures itemized on Movant's Proof of Claim are admitted. By to supplement the record, Debtor has made significant payments to Movant in this case, and the Trustee's accounting shows $49,442.04 of Movant's arrears claim has been paid, with only $1,068. Remaining.

8.   Admitted.

9.   Denied. Debtor cannot ascertain Movant's calculation based on the information provided. Moreover, Debtor's Amended Plan of June 2021 denotes payments were to be made by the non-filing spouse. Additionally, if the non-filing spouse ceased payments, Debtor was unaware until mid-November 2023. The parties had separated in 2023, and Debtor has since filed an action for child support. Her child support award, accounting for arrears, began in June 2024 at $904.21 bi-weekly.

10.   Denied. Debtor's estimate to the current value of the property is in excess of $400,000.00. Significant equity in the property exists for purposes of 11 U.S.C. 362(d)(1)-(2)(A), and as such, cause does not exist for the granting of relief at this time.

11.   Paragraph 11 represents a conclusion of law for which no response is required.

12.   Paragraph 12 represents a conclusion of law for which no response is required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's request for relief from the Automatic Stay.

Respectfully submitted,

  /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: July 8, 2024