Case 20-20487-GLT    Doc 163    Filed 07/10/24    Entered 07/11/24 00:31:03    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
7/8/24 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-20487 -GLT |
| | : | |
| Jamiee L DeSimone | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but Solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V | : | Related to Docket No. 158 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Jamiee L DeSimone | : | |
| Justin F. DeSimone- Co-Debtor | : | |
| Ronda J. Winnecour- Trustee | : | |
| Respondent (if none, then "No Respondent") | : | |

ORDER

**UPON** consideration of the Application of Rushmore Servicing as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust Series 2021 Cottage-TT-V (together with any successor and/or assign, "Movant") dated June 21, 2024 [Dkt. No. 158] It is hereby ORDERED that the Motion for Relief FroM Stay [Dkt.No. 158] is DENIED without prejudice for failure to comply with W.PA.LBR 9013-3(a).

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20487-GLT |
| Jamiee L DeSimone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

**Recip ID       Recipient Name and Address**
db          + Jamiee L DeSimone, 371 Greene Drive, Clairton, PA 15025-6313

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:

**Name                Email Address**

Alyk L Oflazian
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

Christian M Rieger
                    on behalf of Debtor Jamiee L DeSimone criegerlaw@gmail.com

Denise Carlon
                    on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com

Jill Manuel-Coughlin
                    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bankruptcy@powerskirn.com

Jill Manuel-Coughlin
                    on behalf of Creditor Freedom Mortgage Corporate bankruptcy@powerskirn.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Case 20-20487-GLT    Doc 163    Filed 07/10/24    Entered 07/11/24 00:31:03    Desc
Imaged Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 12