**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JAMIEE L. DESIMONE,                   Case 20-20487-GLT
                                                          Chapter 13

            Debtor

RONDA J. WINNECOUR, TRUSTEE
                                                          Related Doc: 167
                                                          Hrg: 3/26/2025, 10AM

            Movant

v.

JAMIEE L. DESIMONE,

            Respondent

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS

        AND NOW comes Jamiee L. Desimone, Chapter 13 Debtor, by and through her counsel, Christian M. Rieger, Esquire, and files the following reply to Movant's request for dismissal of the Chapter 13 case, and responds as follows:

        1.       Admitted.

        2.       Admitted.

        3.       Admitted.

        4.       Admitted in part. Debtor was on unemployment compensation last fall, but has resumed full time employment effective March 2025. She has sent in one partial payment via TFS in the amount of $4,000.00 which has not yet posted.

        5.       Denied. Once the recent payment by Debtor posts, only $5,760.00 will be required for successful completion. Moreover, Debtor's plan provided for the cure of mortgage arrears, but the ongoing principal and interest payment to be paid by the non-filing spouse. As such, there is no long-term debt in this case.

      6.     Admitted.

      7.     Admitted. By way of further response, Debtor shall remit sufficient funds to complete the plan successfully.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's request for dismissal.

Respectfully submitted,

  /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: March 17, 2025