Case 20-20487-GLT    Doc 170    Filed 03/26/25    Entered 03/26/25 15:43:13    Desc Main
Document    Page 1 of 1

FILED
3/26/25 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-20487-GLT |
| | : | Chapter: | 13 |
| Jamiee L DeSimone | : | | |
| | : | | |
| | : | Date: | 3/26/2025 |
| *Debtor(s)*. | : | Time: | 10:00 |

## **PROCEEDING MEMO**

**MATTER:**   #167 - Trustee's Motion to Dismiss Case
            #169 - Response filed by Debtor

**APPEARANCES**:
   Debtor:   Christian M Rieger
   Trustee:  Ronda J. Winnecour

[10:07]
***NOTES:***

Winnecour: The wage attachment stopped remitting in October. About $9,270.97 is necessary to complete the plan. As of Friday, March 21, 2025, I have not received any payment.

Reiger: As to the status of the $4,000, the funds have been remitted and listed as complete on TFS. The funds apparently have not been posted. The remaining $5,200 can be paid by May 14, 2025.

***OUTCOME:***

1. The *Trustee's Motion to Dismiss* [Dkt. No. 167] is **CONTINUED** to June 4, 2025 at 9 a.m., provided that the trustee has received and acknowledged a subsequent plan payment by April 15, 2025. On or before April 18, 2025, the debtor shall file a status report with the Court attaching proof that such payment was received by the chapter 13 trustee. In the event a material payment is not received by April 15, 2025, the Court may dismiss the case without further notice or hearing. [Text order]

**DATED:** 3/26/2025