**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/2/25 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  JAMIEE L DESIMONE

        Debtor(s)
  Ronda J. Winnecour, Trustee
        Movant
          vs.
  JAMIEE L DESIMONE

        Respondents

Case No. 20-20487GLT

Chapter 13

Related to Docket No. 176

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 2nd Day of June, 2025, it is hereby ORDERED, ADJUDGED, and DECREED that,

Dva Renal Healthcare Inc
Attn: Payroll
32275 32Nd Ave South
Federal Way, WA 98001

is hereby ordered to immediately terminate the attachment of the wages of JAMIEE L DESIMONE, social security number XXX-XX-8493. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMIEE L DESIMONE.

BY THE COURT:

Gregory␣␣Taddonio, Chief Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20487-GLT |
| Jamiee L DeSimone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 02, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jamiee L DeSimone, 371 Greene Drive, Clairton, PA 15025-6313 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Jamiee L DeSimone criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor Freedom Mortgage Corporate bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 02, 2025 | Form ID: pdf900 | Total Noticed: 1 |

2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

William E. Craig
on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12