Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jamiee L DeSimone** : | Case No. 20−20487−GLT |
| *Debtor(s)* : | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| v. : | Related to Document No. 183 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 8/27/25 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 25th of June, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 183 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  **On or before August 11, 2025**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on **August 27, 2025 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20487-GLT |
| Jamiee L DeSimone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Jun 25, 2025     Form ID: 604     Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamiee L DeSimone, 371 Greene Drive, Clairton, PA 15025-6313 |
| cr | + | Rushmore Servicing as servicer for U.S. Bank Natio, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530 UNITED STATES 11530-1631 |
| 15198022 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15661507 | | U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 26 2025 00:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 26 2025 00:30:00 | Freedom Mortgage Corporate, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2025 00:45:44 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2025 00:59:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jun 26 2025 00:21:20 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2025 00:31:00 | Santander Consumer USA Inc. dba Chrysler Capital a, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15215075 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:34:08 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15218747 | | Email/PDF: bncnotices@becket-lee.com | Jun 26 2025 00:33:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15198017 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 26 2025 00:32:35 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15198018 | ^ | MEBN | Jun 26 2025 00:21:39 | Chrysler Capital, P.O. Box 660647, Dallas, TX 75266-0647 |
| 15232626 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 00:34:10 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15198019 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 00:34:08 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

| ID | | Method | Timestamp | Recipient |
|---|---|---|---|---|
| 15198020 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 00:45:52 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15198021 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 26 2025 00:33:37 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 15201256 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2025 00:34:03 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15198023 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 26 2025 00:30:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15319436 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 26 2025 00:30:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15230911 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2025 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15219882 | + | Email/Text: RASEBN@raslg.com | Jun 26 2025 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15198024 | | Email/Text: customerservice.us@klarna.com | Jun 26 2025 00:30:00 | Klarna Inc., P.O. Box 206487, Dallas, TX 75320 |
| 15198025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:46:15 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15198026 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 26 2025 00:30:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15212314 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 26 2025 00:34:08 | NAVIENT CFC, c/o Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15212293 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 26 2025 00:32:41 | NAVIENT PC TRUST, c/o Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15198027 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 26 2025 00:32:47 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15198028 | + | Email/PDF: cbp@omf.com | Jun 26 2025 00:34:07 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15388025 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2025 00:33:24 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15229786 | | Email/Text: bnc-quantum@quantum3group.com | Jun 26 2025 00:31:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15226683 | | Email/Text: bankruptcy@roundpointmortgage.com | Jun 26 2025 00:30:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 15198029 | ^ | MEBN | Jun 26 2025 00:21:07 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15232454 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2025 00:31:00 | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15198030 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 26 2025 00:30:00 | Sunrise Credit Services, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 15198031 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2025 00:33:59 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15231956 | ^ | MEBN | Jun 26 2025 00:21:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15198033 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2025 00:33:34 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 604 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 15198871 | ^ | MEBN | Jun 26 2025 00:22:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15198034 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2025 00:44:29 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15224018 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 26 2025 00:30:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15499665 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 26 2025 00:30:00 | US Bank National Association, not in its indiv., capacity but solely as trustee for RMTP, Trust Series 2021 Cottage-TT-V, c/o Rushmore Loan Management, LLC, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15212309 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 26 2025 00:34:01 | VL FUNDING, c/o Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | RoundPoint Mortgage Servicing Corporation |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | U.S. Bank National Association, not in its individ |
| 15198032 | | Syncb/walmart |
| 15551666 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Christian M Rieger | on behalf of Debtor Jamiee L DeSimone criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor Freedom Mortgage Corporate bankruptcy@powerskirn.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jun 25, 2025 | Form ID: 604 | Total Noticed: 44 |

Jill Manuel-Coughlin
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bankruptcy@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Moyer
    on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
    on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12