**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JAMIEE L DESIMONE | Case No.:20-20487 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee′s office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee′s Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/11/2020 and confirmed on 3/20/20 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 106,818.98 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 106,818.98 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,450.00 | |
|   Trustee Fee | 5,032.71 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,482.71 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE RMTP TRUST ET<br>    Acct: 9483 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK NA - TRUSTEE RMTP TRUST ET<br>    Acct: 9483 | 50,510.58 | 50,510.58 | 0.00 | 50,510.58 |
| | | | | 50,510.58 |
| **Priority** | | | | |
|   CHRISTIAN M RIEGER ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JAMIEE L DESIMONE<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CHRISTIAN M RIEGER ESQ**<br>    Acct: | 2,450.00 | 2,450.00 | 0.00 | 0.00 |
|   CHRISTIAN M RIEGER ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SANTANDER CONSUMER USA INC DBA C<br>    Acct: 5131 | 25,853.28 | 25,853.28 | 0.00 | 25,853.28 |
|   CREDIT ACCEPTANCE CORP*<br>    Acct: 6344 | 0.00 | 10,225.74 | 0.00 | 10,225.74 |
| | | | | 36,079.02 |
| **Unsecured** | | | | |
|   FED LOAN SERVICING++<br>    Acct: 0018 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FED LOAN SERVICING++<br>    Acct: 0019 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FED LOAN SERVICING++<br>    Acct: 0020 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FED LOAN SERVICING++<br>    Acct: 0016 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FED LOAN SERVICING++<br>    Acct: 0006 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FED LOAN SERVICING++<br>    Acct: 0017 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0021 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0004 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0008 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0010 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0014 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0012 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0009 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0013 | | | | |
| | FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0011 | | | | |
| | NAVIENT PC TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8493 | | | | |
| | NAVIENT PC TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8493 | | | | |
| | NAVIENT PC TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8493 | | | | |
| | NAVIENT PC TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8493 | | | | |
| | VL FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8493 | | | | |
| | NAVIENT PC TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8493 | | | | |
| | NAVIENT PC TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8493 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4120 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CH | 6,887.39 | 1,810.97 | 0.00 | 1,810.97 |
| | Acct: 2919 | | | | |
| | CITIBANK NA** | 3,780.97 | 994.17 | 0.00 | 994.17 |
| | Acct: 0975 | | | | |
| | CITIBANK NA** | 2,161.79 | 568.42 | 0.00 | 568.42 |
| | Acct: 0799 | | | | |
| | DELL FINANCIAL SERVICES LLC | 2,860.21 | 752.06 | 0.00 | 752.06 |
| | Acct: 8160 | | | | |
| | FORTIVA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1706 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - | 2,709.85 | 712.53 | 0.00 | 712.53 |
| | Acct: 8146 | | | | |
| | KLARNA CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0112 | | | | |
| | CAPITAL ONE NA** | 3,353.09 | 881.66 | 0.00 | 881.66 |
| | Acct: 2231 | | | | |
| | QUANTUM3 GROUP LLC - AGENT CREDIT | 3,922.51 | 1,031.38 | 0.00 | 1,031.38 |
| | Acct: 3737 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC A/S/F | 13,637.21 | 3,585.77 | 0.00 | 3,585.77 |
| | Acct: 0566 | | | | |
| | SUNRISE CREDIT SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |

20-20487 Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1986 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 3,153.63 | 829.22 | 0.00 | 829.22 |
| Acct: 2658 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 4,774.49 | 1,255.40 | 0.00 | 1,255.40 |
| Acct: 3916 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,157.00 | 304.22 | 0.00 | 304.22 |
| Acct: 4404 | | | | |
| SYNCHRONY BANK** | 79.36 | 20.87 | 0.00 | 20.87 |
| Acct: 8303 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2658 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 12,746.67 |

TOTAL PAID TO CREDITORS                                                          99,336.27

TOTAL CLAIMED
PRIORITY       25,853.28
SECURED        50,510.58
UNSECURED      48,477.50

Date: 06/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JAMIEE L DESIMONE

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　vs.
No Repondents.

Case No.:20-20487

Chapter 13

Document No.:

ORDER OF COURT

　AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20487-GLT |
| Jamiee L DeSimone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 25, 2025 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamiee L DeSimone, 371 Greene Drive, Clairton, PA 15025-6313 |
| cr | + | Rushmore Servicing as servicer for U.S. Bank Natio, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530 UNITED STATES 11530-1631 |
| 15198022 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15661507 | | U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 26 2025 00:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 26 2025 00:30:00 | Freedom Mortgage Corporate, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2025 00:32:43 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2025 00:46:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jun 26 2025 00:21:23 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2025 00:31:00 | Santander Consumer USA Inc. dba Chrysler Capital a, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15215075 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:34:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15218747 | | Email/PDF: bncnotices@becket-lee.com | Jun 26 2025 00:44:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15198017 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 26 2025 00:34:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15198018 | ^ | MEBN | Jun 26 2025 00:21:38 | Chrysler Capital, P.O. Box 660647, Dallas, TX 75266-0647 |
| 15232626 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 00:32:48 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15198019 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 00:34:07 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15198020 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 00:32:51 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15198021 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 26 2025 00:33:26 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 15201256 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2025 00:32:47 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15198023 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 26 2025 00:30:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15319436 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 26 2025 00:30:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15230911 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2025 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15219882 | + | Email/Text: RASEBN@raslg.com | Jun 26 2025 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15198024 | | Email/Text: customerservice.us@klarna.com | Jun 26 2025 00:30:00 | Klarna Inc., P.O. Box 206487, Dallas, TX 75320 |
| 15198025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:44:46 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15198026 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 26 2025 00:30:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15212314 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 26 2025 00:33:36 | NAVIENT CFC, c/o Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15212293 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 26 2025 00:32:49 | NAVIENT PC TRUST, c/o Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15198027 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 26 2025 00:32:41 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15198028 | + | Email/PDF: cbp@omf.com | Jun 26 2025 00:44:54 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15388025 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2025 00:34:07 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15229786 | | Email/Text: bnc-quantum@quantum3group.com | Jun 26 2025 00:31:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15226683 | | Email/Text: bankruptcy@roundpointmortgage.com | Jun 26 2025 00:30:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 15198029 | ^ | MEBN | Jun 26 2025 00:21:08 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15232454 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2025 00:31:00 | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15198030 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 26 2025 00:30:00 | Sunrise Credit Services, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 15198031 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2025 00:44:23 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15231956 | ^ | MEBN | Jun 26 2025 00:21:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15198033 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2025 00:32:35 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15198871 | ^ | MEBN | Jun 26 2025 00:22:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15198034 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2025 00:33:28 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15224018 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 26 2025 00:30:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15499665 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 26 2025 00:30:00 | US Bank National Association, not in its indiv., capacity but solely as trustee for RMTP, Trust Series 2021 Cottage-TT-V, c/o Rushmore Loan Management, LLC, P.O. Box 55004, Irvine, CA 92619-5004 |
| 15212309 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 26 2025 00:32:47 | VL FUNDING, c/o Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | RoundPoint Mortgage Servicing Corporation |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | U.S. Bank National Association, not in its individ |
| 15198032 | | Syncb/walmart |
| 15551666 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Christian M Rieger | on behalf of Debtor Jamiee L DeSimone criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor Freedom Mortgage Corporate bankruptcy@powerskirn.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: pdf900 | Total Noticed: 44 |

Jill Manuel-Coughlin
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bankruptcy@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Moyer
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its
    individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com,
    bankruptcy@friedmanvartolo.com

Lauren Moyer
    on behalf of Creditor Rushmore Servicing as servicer for U.S. Bank National Association  not in its individual capacity but solely
    as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series
    2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
    wcraig@egalawfirm.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12